IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  4:12CR00172-01-BRW

TIMOTHY LOONEY

## ORDER

Pending is the Government's Motion to Dismiss Indictment as to the defendant Timothy Looney (Doc. No. 2). The Motion is GRANTED. The Indictment is dismissed as to the defendant, Timothy Looney.

IT IS SO ORDERED this 23rd day of July, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd